MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 12 - 0808 DLJ |
|       Plaintiff, ) ) | STIPULATION AND [] ORDER |
|    v. ) ) | |
| RESAT OTUS NURI, )    aka Otus Resat Nuri, )    aka Resat Nuri Otus, )    aka Nuri Resat Otus, )    aka Resat, )    aka Otus, )    aka Nuri, ) ) | |
|       Defendant. ) ) | |

WHEREAS, the parties were scheduled for a status hearing before this Court on February 21, 2013, as to further proceedings in connection with this matter, but which has been reset via a clerk's notice to February 28, 2013;

WHEREAS, defense counsel is continuing to review documents and data in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant;

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

1  WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate
2  that a continuance of this matter is appropriate in order to ensure effective preparation of counsel
3  and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective
4  calendars and the period needed for the aforementioned discovery matters, an appropriate date
5  for a status hearing is Thursday, April 11, 2013;

6  THEREFORE, the parties mutually and jointly stipulate that the matter be continued until
7  April 11, 2013, and further jointly stipulate and agree that time should be excluded from
8  February 21, 2013, up and including April 11, 2013.  The parties agree that excluding time until
9  April 11, 2013, is necessary, given the need to maintain continuity of counsel.   The parties also
10 agree that failing to grant a continuance would deny counsel for the defense the reasonable time
11 necessary for effective preparation and continuity of counsel, taking into account the exercise of
12 due diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice
13 served by excluding time from February 21, 2013, until April 11, 2013,  outweigh the best
14 interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7).

16 **IT IS SO STIPULATED.**

17                                            MELINDA HAAG
                                              United States Attorney

20 DATED: February 26, 2013           /s/
                                              TIMOTHY J. LUCEY
21                                            Assistant United States Attorney

24 DATED: February 26, 2013           /s/
                                              JONATHAN D. MCDOUGALL
25                                            Attorney for RESAT OTUS NURI

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

**ORDER**

For good cause shown, the Court enters this order excluding time from February 21, 2013, up to and including April 11, 2013. Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until April 11, 2013, and furthermore that failing to grant a continuance and exclude time until April 11, 2013, would unreasonably deny the defendant effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7).

Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from February 21, 2013, through April 11, 2013, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7).

**IT IS SO ORDERED.**

**DATED:** ǲȌɕȫɕʥȳ

_____
**HON. D. LOWELL JENSEN**
**United States District Court**

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**