MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TIMOTHY J. LUCEY  (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 12 - 0808 DLJ |
|    Plaintiff, | |
| v. | STIPULATION AND ORDER RE: RETURN OF CERTAIN EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT; [ ORDER |
| RESAT OTUS NURI,<br>   aka Otus Resat Nuri,<br>   aka Resat Nuri Otus,<br>   aka Nuri Resat Otus,<br>   aka Resat,<br>   aka Otus,<br>   aka Nuri, | |
|    Defendant. | |

The United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and defendant RESAT OTUS NURI, aka Otus Resat Nuri, aka Resat Nuri Otus,aka Nuri Resat Otus, aka Resat, aka Otus, aka Nuri (hereinafter "Resat Otus Nuri"), hereby stipulate to an order relating to certain items seized pursuant to a search warrant from 1872 Black Mountain Road, Hillsborough, CA.  The search warrant signed and executed by this Court in December 2012 and conducted on or about December 14, 2012.

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

1   Specifically, the United States Secret Service and the United States Postal Inspection
2 Service had submitted several items for forensic analysis following their seizure from the search
3 site. More specifically, the USSS took custody of the cell phone (with the number of 650-302-
4 4555, Serial No. F17JC8UMDTTP) as well as an Apple laptop computer (Model Number
5 A1226. Serial No. W8739483X92) seized during the search. The Government has been advised
6 that the forensic team has now completed its processing of the cellular telephone and this
7 particular computer, such that the USSS is now in a position to release both items.
8   The United States has "mirrored" (i.e., copied exactly) the contents of this cellular
9 telephone and the laptop computer. The United States is prepared to return the subject
10 computers to the defendant, the owner of both items, provided that doing so does not jeopardize
11 its ability to offer into evidence any electronic data seized from the subject computers as a result
12 of mirroring the hard drives.
13   Accordingly, defendant Resat Otus Nuri, through his counsel, agrees as follows:
14   The mirror images, and any of its contents, of the cell phone (with the number of 650-
15 302-4555, Serial No. F17JC8UMDTTP) as well as an Apple laptop computer (Model Number
16 A1226. Serial No. W8739483X92) may be admitted into evidence at any legal proceeding to the
17 same extent that the original would be admissible (*see,* Fed.R.Ev. 1003). Defendant Resat Otus
18 Nuri waives any objection to the admissibility of the duplicate or any of its contents under the
19 Best Evidence Rule only. Defendant Resat Otus Nuri reserves the right to object to the
20 admission of the mirror images of the cell phone (with the number of 650-302-4555, Serial No.
21 F17JC8UMDTTP) as well as an Apple laptop computer (Model Number A1226. Serial No.
22 W8739483X92), and to any of its contents, on any grounds other than the Best Evidence Rule.
23   **IT IS SO STIPULATED.**

MELINDA HAAG
United States Attorney

26 DATED: February 13, 2013            /s/
TIMOTHY J. LUCEY
Assistant United States Attorney

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

1
2  DATED: February 13, 2013                    /s/
                                           JONATHAN D. MCDOUGALL
3                                          Attorney for RESAT OTUS NURI

4      **IT IS SO ORDERED.**

5
6
7                                          _____
                                           HON. D. LOWELL JENSEN
                                           United States District Court

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**