| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| | |
| 4 | TIMOTHY J. LUCEY (CABN 172332) |
| | Assistant United States Attorney |

```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  TIMOTHY J. LUCEY  (CABN 172332)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5054
 7      Fax: (408) 535-5066
        E-Mail: timothy.lucey@usdoj.gov
 8
    Attorneys for United States of America
 9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 12 - 0808 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] ORDER |
| v. | ) | |
| RESAT OTUS NURI, | ) | |
|    aka Otus Resat Nuri, | ) | |
|    aka Resat Nuri Otus, | ) | |
|    aka Nuri Resat Otus, | ) | |
|    aka Resat, | ) | |
|    aka Otus, | ) | |
|    aka Nuri, | ) | |
| Defendant. | ) | |

WHEREAS, the parties were scheduled for a status hearing before this Court on May 23, 2013, which was then continued by the Court to May 30, 2013;

WHEREAS, defense counsel is continuing to review documents and data in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant and have discussions regarding a resolution of this matter short of trial;

**STIPULATION AND ] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

|   |   |
|---|---|
| 1 | WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate |
| 2 | that a continuance of this matter is appropriate in order to ensure effective preparation of counsel |
| 3 | and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective |
| 4 | calendars and the period needed for the aforementioned discovery matters, an appropriate date |
| 5 | for a status hearing is Thursday, August 1, 2013; |
| 6 | THEREFORE, the parties mutually and jointly stipulate that the matter be continued until |
| 7 | May 23, 2013, and further jointly stipulate and agree that time should be excluded from May 23, |
| 8 | 2013, up to and including August 1, 2013.  The parties agree that excluding time until August 1, |
| 9 | 2013, is necessary, given the need to maintain continuity of counsel.   The parties also agree that |
| 10 | failing to grant a continuance would deny counsel for the defense the reasonable time necessary |
| 11 | for effective preparation and continuity of counsel, taking into account the exercise of due |
| 12 | diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice served |
| 13 | by excluding time from May 23, 2013, until August 1, 2013,  outweigh the best interest of the |
| 14 | public and the defendant in a speedy trial.  Id. § 3161(h)(7). |

**IT IS SO STIPULATED.**

                                      MELINDA HAAG
                                      United States Attorney

DATED: May 24, 2013                    /s/
                                        TIMOTHY J. LUCEY
                                        Assistant United States Attorney

DATED: May 24, 2013                    /s/
                                        JONATHAN D. MCDOUGALL
                                        Attorney for RESAT OTUS NURI

## **ORDER**

For good cause shown, the Court enters this order excluding time from May 23, 2013, up to and including August 1, 2013.  Specifically, the parties agree, and the Court finds and holds

that such that time should be excluded until August 1, 2013, and furthermore that failing to grant a continuance and exclude time until August 1, 2013, would unreasonably deny the defendant effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7).

Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from May 23, 2013, through August 1, 2013, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7).

**IT IS SO ORDERED.**

DATED: _____  _____
**HON. D. LOWELL JENSEN**
**United States District Court**

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**