MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (CABN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RESAT OTUS NURI, <br>   aka Otus Resat Nuri, <br>   aka Resat Nuri Otus, <br>   aka Nuri Resat Otus, <br>   aka Resat, <br>   aka Otus, <br>   aka Nuri, <br><br> Defendant. | No. CR 12 - 0808 DLJ <br><br> STIPULATION AND ORDER RE: RETURN OF CERTAIN EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT; [] ORDER |

The United States of America, by and through its counsel, the United States Attorney for the Northern District of California, and defendant RESAT OTUS NURI, aka Otus Resat Nuri, aka Resat Nuri Otus, aka Nuri Resat Otus, aka Resat, aka Otus, aka Nuri (hereinafter "Resat Otus Nuri"), hereby stipulate to an order relating to certain items seized pursuant to a search warrant from 1872 Black Mountain Road, Hillsborough, CA. The search warrant signed and executed by this Court in December 2012 and conducted on or about December 14, 2012.

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**

Specifically, the United States Secret Service and the United States Postal Inspection Service had submitted several items for forensic analysis following their seizure from the search site. More specifically, the USSS took custody of:

- One (1) white Amazon Kindle, Serial No. B003A0A094431970
- One (1) iOmega external hardrive with connection cable. Serial No. YDAK49E025;
- One (1) Belkin Wireless USB Network Adapter, MAC Address 0011504CD8DC;
- One (1) IntegraSys, 512MB USB Drive, Silver;
- One (1) Apple 32GB iPod, Serial No. 9C836FN8208;
- One (1) Apple iPod, 32GB, inscribed "Alex Otus", Model A1288, Serial No. 9C92420S208; and,
- One (1) Dell Optiplex 745 Computer Tower, Serial No. 65GDRD1

seized during the search. The Government has been advised that the forensic team has now completed its processing of the cellular telephone and this particular computer, such that the USSS is now in a position to release both items.

The United States has "mirrored" (i.e., copied exactly) the contents of the aforementioned items. The United States is prepared to return the subject computers to the defendant, the owner of both items, provided that doing so does not jeopardize its ability to offer into evidence any electronic data seized from the subject computers as a result of mirroring the hard drives.

Accordingly, defendant Resat Otus Nuri, through his counsel, agrees as follows: The mirror images, and any of its contents, of:

- One (1) white Amazon Kindle, Serial No. B003A0A094431970
- One (1) iOmega external hardrive with connection cable. Serial No. YDAK49E025;
- One (1) Belkin Wireless USB Network Adapter, MAC Address 0011504CD8DC;
- One (1) IntegraSys, 512MB USB Drive, Silver;
- One (1) Apple 32GB iPod, Serial No. 9C836FN8208;

|   |   |
|---|---|
| 1 | • One (1) Apple iPod, 32GB, inscribed "Alex Otus", Model A1288, Serial No. |
| 2 | 9C92420S208; and, |
| 3 | • One (1) Dell Optiplex 745 Computer Tower, Serial No. 65GDRD1 |

may be admitted into evidence at any legal proceeding to the same extent that the original would be admissible (*see,* Fed.R.Ev. 1003). Defendant Resat Otus Nuri waives any objection to the admissibility of the duplicate or any of its contents under the Best Evidence Rule only.

Defendant Resat Otus Nuri reserves the right to object to the admission of the mirror images of:

- One (1) white Amazon Kindle, Serial No. B003A0A094431970
- One (1) iOmega external hardrive with connection cable. Serial No. YDAK49E025;
- One (1) Belkin Wireless USB Network Adapter, MAC Address 0011504CD8DC;
- One (1) IntegraSys, 512MB USB Drive, Silver;
- One (1) Apple 32GB iPod, Serial No. 9C836FN8208;
- One (1) Apple iPod, 32GB, inscribed "Alex Otus", Model A1288, Serial No. 9C92420S208; and,
- One (1) Dell Optiplex 745 Computer Tower, Serial No. 65GDRD1

and to any of its contents, on any grounds other than the Best Evidence Rule.

**IT IS SO STIPULATED.**

MELINDA HAAG
United States Attorney

DATED: September 17, 2013    /S/
TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: September 17, 2013    /S/
JONATHAN D. MCDOUGALL
Attorney for RESAT OTUS NURI

**IT IS SO ORDERED.**

Öæœ^KÁIÐÇI ÐFH

_____
HON. D. LOWELL JENSEN

**STIPULATION AND [] ORDER**
**[U.S. v. NURI CR 12 - 0808 DLJ]**