MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066
E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RESAT OTUS NURI, <br> aka Otus Resat Nuri, <br> aka Resat Nuri Otus, <br> aka Nuri Resat Otus, <br> aka Resat, <br> aka Otus, <br> aka Nuri, <br> Defendant. | No. CR 12 - 0808 DLJ <br><br> STIPULATION AND [] ORDER |

WHEREAS, the parties were scheduled for a status hearing before this Court on September 26, 2013;

WHEREAS, defense counsel is continuing to review documents and data in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant and have discussions regarding a resolution of this matter short of trial;

1  WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate
2  that a continuance of this matter is appropriate in order to ensure effective preparation of counsel
3  and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective
4  calendars and the period needed for the aforementioned discovery matters, an appropriate date
5  for a status hearing is Thursday, October 31, 2013;

6  THEREFORE, the parties mutually and jointly stipulate that the matter be continued until
7  October 31, 2013, and further jointly stipulate and agree that time should be excluded from
8  September 26, 2013, up to and including October 31, 2013.  The parties agree that excluding
9  time until October 31, 2013, is necessary, given the need to maintain continuity of counsel.   The
10 parties also agree that failing to grant a continuance would deny counsel for the defense the
11 reasonable time necessary for effective preparation and continuity of counsel, taking into
12 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree
13 that the ends of justice served by excluding time from September 26, 2013, until October 31,
14 2013,  outweigh the best interest of the public and the defendant in a speedy trial.  Id. §
15 3161(h)(7).

**IT IS SO STIPULATED.**

          MELINDA HAAG
          United States Attorney

DATED: September 24, 2013         /s/
          TIMOTHY J. LUCEY
          Assistant United States Attorney

DATED: September 24, 2013         /s/
          JONATHAN D. MCDOUGALL
          Attorney for RESAT OTUS NURI

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | For good cause shown, the Court enters this order excluding time from September 26, |
| 3 | 2013, up to and including October 31, 2013. Specifically, the parties agree, and the Court finds |
| 4 | and holds that such that time should be excluded until October 31, 2013, and furthermore that |
| 5 | failing to grant a continuance and exclude time until October 31, 2013, would unreasonably deny |
| 6 | the defendant effective preparation of counsel and continuity of counsel, taking into account the |
| 7 | exercise of due diligence. See 18 U.S.C. § 3161(h)(7). |
| 8 | Finally, the parties agree, and the Court finds and holds, that the ends of justice served by |
| 9 | excluding time from September 26, 2013, through October 31, 2013, outweigh the best interest |
| 10 | of the public and the defendant in a speedy trial. Id. § 3161(h)(7). |

**IT IS SO ORDERED.**

DATED: J⬚⬚⬚H

_____
**HON. D. LOWELL JENSEN**
**United States District Court**

STIPULATION AND [] ORDER
[U.S. v. NURI CR 12 - 0808 DLJ]