| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | J. DOUGLAS WILSON (DCBN 412811) |
| 3 | Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CABN 172332) |
| | Assistant United States Attorney |
| 5 | |
| | 150 Almaden Boulevard, Suite 900 |
| 6 | San Jose, California 95115 |
| | Telephone: (408) 535-5054 |
| 7 | FAX: (408) 535-5061 |
| | E-Mail: timothy.lucey@usdoj.gov |
| 8 | |
| | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12 – 0808 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RESAT OTUS NURI, | ) | |
| aka Otus Resat Nuri, | ) | |
| aka Resat Nuri Otus, | ) | |
| aka Nuri Resat Otus, | ) | |
| aka Resat, | ) | |
| aka Otus, | ) | |
| aka Nuri, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, the parties are scheduled for a status hearing before this Court on October, 31, 2013;

WHEREAS, counsel for the United States is currently in a jury trial before the Honorable Ronald M. Whyte, which began on November 4, 2013, and is scheduled to continue through at least December 19, 2013;

WHEREAS, counsel has been attempting to transfer possession of computer evidence necessary

1 for proper defense of the case, and continuing to review documents and data in connection with
2 evaluating and analyzing this matter and government is in the process of responding to additional
3 discovery issues raised by the defendant and have discussions regarding a resolution of this matter;
4     WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a
5 continuance of this matter is appropriate in order to ensure effective preparation of counsel and
6 continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars
7 and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing
8 is Thursday, January 16, 2014;
9     THEREFORE, the parties mutually and jointly stipulate that the matter be continued until
10 January 16, 2014, and further jointly stipulate and agree that time should be excluded from December
11 19, 2013, up to and including January 16, 2014. The parties agree that excluding time until January 16,
12 2014, is necessary, given the need to maintain continuity of counsel. The parties also agree that failing
13 to grant a continuance would deny counsel for the defense the reasonable time necessary for effective
14 preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
15 3161(h)(7). Finally, the parties agree that the ends of justice served by excluding time from December
16 19, 2013, until January 16, 2014, outweigh the best interest of the public and the defendant in a speedy
17 trial. See 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

Dated: December 17, 2013

/s/_____
TIMOTHY LUCEY
Assistant United States Attorney

Dated: December 17, 2013

/s/_____
JON C. MCDOUGALL
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: [illegible]

_____
HON. D. LOWELL JENSEN
United States District Court