1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95115
      Telephone: (408) 535-5054
7     FAX: (408) 535-5061
      E-Mail: timothy.lucey@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12 – 0808 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER |
| v. | |
| RESAT OTUS NURI,<br>aka Otus Resat Nuri,<br>aka Resat Nuri Otus,<br>aka Nuri Resat Otus,<br>aka Resat,<br>aka Otus,<br>aka Nuri, | |
| Defendant. | |

WHEREAS, the parties are scheduled for a status hearing before this Court on September 11, 2014;

WHEREAS, counsel for the defendant has become unavailable to appear for the hearing;

WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing

1 is Thursday, October 9, 2014, a date which is available on this Court's calendar;

2 THEREFORE, the parties mutually and jointly stipulate that the matter be continued until October 9, 2014, and further jointly stipulate and agree that time should be excluded from September 11, 2014, up to and including October 9, 2014. The parties agree that excluding time until October 9, 2014, is necessary, given the need to maintain continuity of counsel. The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7). Finally, the parties agree that the ends of justice served by excluding time from September 11, 2014, until October 9, 2014, outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

Dated: September 9, 2014

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: September 9, 2014

/s/
LEE H. RUBIN, ESQ.
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: J⌗⌐⌗|

HON. D. LOWELL JENSEN
United States District Court