| | |
|---|---|
| 1 | Lee H. Rubin (SBN 141331) |
| | lrubin@mayerbrown.com |
| 2 | MAYER BROWN LLP |
| | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2112 |
| 4 | Telephone:  (650) 331-2000 |
| | Facsimile:   (650) 331-2060 |
| 5 | |
| | Attorneys for Defendant |
| 6 | NURI OTUS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12 – 0808 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RESAT OTUS NURI, | ) | |
| aka Otus Resat Nuri, | ) | |
| aka Resat Nuri Otus, | ) | |
| aka Nuri Resat Otus, | ) | |
| aka Resat, | ) | |
| aka Otus, | ) | |
| aka Nuri, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the parties are scheduled for a status hearing before this Court on October 9, 2014;

WHEREAS, the defendant was unaware until last week that a status hearing had been reset for October 9, 2014 on account of his counsel's family emergency and defendant has a scheduling conflict on October 9;

WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars, an appropriate date for a status hearing is Thursday, November 6, 2014, a date which is available on this Court's calendar;

THEREFORE, the parties mutually and jointly stipulate that the matter be continued until

1 November 6, 2014 and further jointly stipulate and agree that time should be excluded from October 9,
2 2014, up to and including November 6, 2014.  The parties agree that excluding time until November 6,
3 2014, is necessary, in light of defendant's unavailability.   The parties also agree that failing to grant a
4 continuance would deny counsel for the defense the reasonable time necessary for effective preparation,
5 taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree
6 that the ends of justice served by excluding time from October 9, 2014, until November 6, 2014,
7 outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

Dated:  October 7, 2014

/s/_____
TIMOTHY LUCEY
Assistant United States Attorney

Dated:  October 7, 2014

/s/_____
LEE H. RUBIN, ESQ.
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: 

_____
HON. D. LOWELL JENSEN
United States District Court

2