| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CABN 172332)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95115<br>Telephone: (408) 535-5054 |
| 7 | FAX: (408) 535-5061<br>E-Mail: timothy.lucey@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12 – 0808 DLJ |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| RESAT OTUS NURI,<br>  aka Otus Resat Nuri,<br>  aka Resat Nuri Otus,<br>  aka Nuri Resat Otus,<br>  aka Resat,<br>  aka Otus,<br>  aka Nuri, | ) | |
| Defendant. | ) | |

WHEREAS, the parties are scheduled for a further hearing before this Court on July 24, 2015, as to Government's Motion for Forfeiture of the Bond;

WHEREAS, in advance of this hearing, the Court has ordered that counsel for the parties may file further briefing on the issues raised by the Government's Motion, and Defendant's opposition to that Motion, no later than July 21, 2015, with any replies to be delivered to chambers by 10:00 a.m. on July 23, 2015;

WHEREAS, in light of the parties' discussion on the issues raised by Motion and other issues in the underlying case in chief, Government proposes, and the defense does not object, that the matter be stayed until such time as the Government requests that the matter be placed back on the Court's calendar, with counsel for the defense afforded reasonable notice of the hearing (at least 14 days prior to the requested hearing date) and a reasonable opportunity to file further briefing with the Court in advance of a hearing on the potential forfeiture of the bond;

THEREFORE, the parties mutually and jointly stipulate that the date for the hearing on the Government's motion for the forfeiture of the bond in this matter be vacated, that the briefing schedule currently in place be vacated, and the matter stayed until such time as the Government makes a request for the matter to be placed back on this Court's calendar.

**IT IS SO STIPULATED.**

Dated: July 21, 2015

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: July 21, 2015

/s/
LEE H. RUBIN, ESQ
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: 7/21/15

HON. HOWARD R. LLOYD
United States Magistrate Judge

2